**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GEORGE MARSHALL, | ) | Case No. 2:12-cv-01710-LDG-PAL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| CAPTAIN R. SUEY, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Sealed Notice of Doe Defendants and Location to be Served (Dkt. #36) which was filed in accordance with the court's Order (Dkt. #31). Counsel for Defendants have complied with the court's order and provided the names of individuals believed to fit the description of the Doe Defendants referred to in Plaintiff's complaint based on Plaintiff's description and their P-Numbers.   The notice indicates these individuals may be served through the Las Vegas Metropolitan Police Department Risk Management office at the address provided.   The court's order allowed the notice to be filed under seal to preclude public disclosure of the officers' home address and any personal identifiers protected from public disclosure.  However, as the notice contains no such information, and counsel for Defendants indicate they may be served at LVMPD's offices, it will be unsealed.

**IT IS ORDERED**:

1. The Clerk of the Court shall issue summons to the Defendants listed in the Notice (Dkt. #36) and deliver the same to the U.S. Marshal for service.
2. The U.S. Marshal's Service shall serve the summons and the Second Amended Complaint on Defendants at the address listed in the Notice.
3. The U.S. Marshal's Service shall file the return of service.

4.  The notice is unsealed.

Dated this 28th day of March, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE