UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE MARSHALL, | ) | Case No. 2:12-cv-01710-LDG-PAL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | (Mtn to Extend Copywork - Dkt. #23) |
| CAPTAIN R. SUEY, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff George Marshall's Motion to Extend Prison Copywork Limit (Dkt. #23). This is Plaintiff's third Motion to Extend Prison Copywork, all of which are identical form motions.

For the reasons set forth in the court's previous Orders (Dkt. ##29, 35),

**IT IS ORDERED** Plaintiff's Motion to Extend Prison Copywork Limit (Dkt. #23) is DENIED.

Dated this 4th day of April, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE