ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
BURAK S. AHMED, ESQ.
Nevada Bar No. 12547
Email: bahmed@enensteinlaw.com
**ENENSTEIN RIBAKOFF LaVIÑA & PHAM**
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendants Capt. R. Suey, Lt. Flippe, Sgt. Murphy, Ofc. Senior, Ofc. Varner, Ofc. Daos, Doug Gillespie, and Steven Lomakis*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE MARSHALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAPT. R. SUEY; LT. FLIPPO, SGT. MURPHY; SGT. SICILIANO; LOUMAKIS; B. DAVIS; OFC. SENIOR; OFC, PRIOR; OFC DAOS; OFC. VARNER; OFC. HOGAN; SGT, JOHN DOE, P#8594, SGT. JOHN DOE, P#6298,<br><br>　　　　　Defendants. | Case No.   2:12-cv-01710-LDG -PAL<br><br>**STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS** |

　　　　Pursuant to Local Rule IA 10-6, **IT IS HEREBY STIPULATED AND AGREED**, that Defendants Captain R. Suey #4284; Lt. Flippe #5734; M. Murphy #4449; Officer Senior; Officer Daos; Doug Gillespie; and Steven Lomakis (collectively "Defendants"), hereby substitute Robert A. Rabbat, Esq., of the law firm Enenstein Ribakoff LaVina & Pham, 3960 Howard Hughes Parkway, Suite 280, Las Vegas, Nevada 89169, Tel: (702) 468-0808, as their attorney of record

///

///

in the place of Thomas D. Dillard, Jr. Esq., of the law firm Olson Cannon Gormley Angulo Stoberski.

DATED this __17th__ day of ~~January~~ March, 2016.     DATED this __17__ day of ~~January~~ March, 2016.

**ENENSTEIN RIBAKOFF LAVINA & PHAM**     **OLSON, CANNON, GORMLEY ANGULO & STOBERSKI**

_____     _____
ROBERT A. RABBAT, ESQ.     THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 12633     Nevada Bar No. 6270
Email: rrabbat@enensteinlaw.com     Email: tdillard@ocgas.com
BURAK S. AHMED, ESQ.     9950 W. Cheyenne Ave.
Nevada Bar No. 12547     Las Vegas, Nevada 89129
Email: bahmed@enensteinlaw.com     Telephone (702) 384-4012
3960 Howard Hughes Parkway, Suite 280     Facsimile: (702) 383-0701
Las Vegas, Nevada 89169     *Present Attorneys for Las Vegas*
Tel: (702) 468-0808     *Metropolitan Police Department*
Fax: (702) 920-8228
*New Attorneys for Attorneys for Defendants Capt. R. Suey, Lt. Flippe, Sgt. Murphy, Ofc. Senior, Ofc. Varner, Ofc. Daos, Doug Gillespie, and Steven Lomakis*


DATED this _____ day of January, 2016.     DATED this _____ day of January, 2016.

**STEVEN LOMAKIS**     **CAPTAIN R. SUEY**


_____     _____
STEVEN LOMAKIS     CAPT. R. SUEY
400 Martin L. King Blvd.     400 Martin L. King Blvd.
Las Vegas, Nevada 89106     Las Vegas, Nevada 89106

2
STIPULATION AND                    ORDER TO SUBSTITUTE ATTORNEYS

in the place of Thomas D. Dillard, Jr. Esq., of the law firm Olson Cannon Gormley Angulo Stoberski.

DATED this _____ day of January, 2016.

**ENENSTEIN RIBAKOFF LAVINA & PHAM**

DATED this _____ day of January, 2016.

**OLSON, CANNON, GORMLEY ANGULO & STOBERSKI**

ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
BURAK S. AHMED, ESQ.
Nevada Bar No. 12547
Email: bahmed@enensteinlaw.com
3960 Howard Hughes Parkway, Suite 280
Las Vegas, Nevada 89169
Tel: (702) 468-0808
Fax: (702) 920-8228
*New Attorneys for Attorneys for Defendants Capt. R. Suey, Lt. Flippo, Sgt. Murphy, Ofc. Senior, Ofc. Varner, Ofc. Daos, Doug Gillespie, and Steven Loumakis*

THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
Email: tdillard@ocgas.com
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Telephone (702) 384-4012
Facsimile: (702) 383-0701
*Present Attorneys for Las Vegas Metropolitan Police Department*

DATED this  14  day of January, 2016.

**STEVEN LOUMAKIS**

DATED this _____ day of January, 2016.

**CAPTAIN R. SUEY**

_____
STEVEN LOUMAKIS
400 Martin L. King Blvd.
Las Vegas, Nevada 89106

_____
CAPT. R. SUEY
400 Martin L. King Blvd.
Las Vegas, Nevada 89106

2
STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS

in the place of Thomas D. Dillard, Jr. Esq., of the law firm Olson Cannon Gormley Angulo Stoberski.

DATED this _____ day of January, 2016.

**ENENSTEIN RIBAKOFF LAVINA & PHAM**

DATED this _____ day of January, 2016.

**OLSON, CANNON, GORMLEY ANGULO & STOBERSKI**

_____
ROBERT A. RABBAT, ESQ.
Nevada Bar No. 12633
Email: rrabbat@enensteinlaw.com
BURAK S. AHMED, ESQ.
Nevada Bar No. 12547
Email: bahmed@enensteinlaw.com
3960 Howard Hughes Parkway, Suite 280
Las Vegas, Nevada 89169
Tel: (702) 468-0808
Fax: (702) 920-8228
*New Attorneys for Attorneys for Defendants Capt. R. Suey, Lt. Flippe, Sgt. Murphy, Ofc. Senior, Ofc. Varner, Ofc. Daos, Doug Gillespie, and Steven Lomakis*

_____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
Email: tdillard@ocgas.com
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Telephone (702) 384-4012
Facsimile: (702) 383-0701
*Present Attorneys for Las Vegas Metropolitan Police Department*

DATED this _____ day of January, 2016.

**STEVEN LOMAKIS**

DATED this  19th  day of January, 2016.

**CAPTAIN R. SUEY**

_____
STEVEN LOMAKIS
400 Martin L. King Blvd.
Las Vegas, Nevada 89106

Deputy Chief ~~CAPT~~. R. SUEY
400 Martin L. King Blvd.
Las Vegas, Nevada 89106

| | |
|---|---|
| 1  DATED this 12TH day of January, 2016. | DATED this ____ day of January, 2016. |
| 2  **LT. FLIPPO** | **SGT. MURPHY** |

*D Flippo, LT #5734*

LT. FLIPPO
400 Martin L. King Blvd.
Las Vegas, Nevada 89106

SGT. MURPHY
400 Martin L. King Blvd.
Las Vegas, Nevada 89106

DATED this ____ day of January, 2016.

**OFFICER SENIOR**

DATED this ____ day of January, 2016.

**DOUG GILLESPIE**

OFC. SENIOR
400 Martin L. King Blvd., Bldv. B
Las Vegas, Nevada 89106

DOUG GILLESPIE
400 Martin L. King Blvd., Bldv. B
Las Vegas, Nevada 89106

DATED this ____ day of January, 2016.

**OFFICER DAOS**

OFC. DAOS
400 Martin L. King Blvd., Bldv. B
Las Vegas, Nevada 89106

STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS

| | |
|---|---|
| DATED this _____ day of January, 2016.<br>**LT. FLIPPE** | DATED this __14th__ day of January, 2016.<br>**M. MURPHY** |
| _____<br>LT. FLIPPE<br>400 Martin L. King Blvd.<br>Las Vegas, Nevada 89106 | _M. Murphy LL. 4449_<br>SGT. MURPHY<br>400 Martin L. King Blvd.<br>Las Vegas, Nevada 89106 |
| DATED this _____ day of January, 2016.<br>**OFFICER SENIOR** | DATED this _____ day of January, 2016.<br>**DOUG GILLESPIE** |
| _____<br>OFC. SENIOR<br>400 Martin L. King Blvd., Bldv. B<br>Las Vegas, Nevada 89106 | _____<br>DOUG GILLESPIE<br>400 Martin L. King Blvd., Bldv. B<br>Las Vegas, Nevada 89106 |
| DATED this _____ day of January, 2016.<br>**OFFICER DAOS** | |
| _____<br>OFC. DAOS<br>400 Martin L. King Blvd., Bldv. B<br>Las Vegas, Nevada 89106 | |

STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS

| | |
|---|---|
| DATED this ____ day of January, 2016.<br>**LT. FLIPPE** | DATED this ____ day of January, 2016.<br>**M. MURPHY** |
| _____<br>LT. FLIPPE<br>400 Martin L. King Blvd.<br>Las Vegas, Nevada 89106 | _____<br>SGT. MURPHY<br>400 Martin L. King Blvd.<br>Las Vegas, Nevada 89106 |
| DATED this _13_ day of January, 2016.<br>**OFFICER SENIOR** | DATED this ____ day of January, 2016.<br>**DOUG GILLESPIE** |
| _/s/_ _____<br>OFC. SENIOR<br>400 Martin L. King Blvd., Bldv. B<br>Las Vegas, Nevada 89106 | _____<br>DOUG GILLESPIE<br>400 Martin L. King Blvd., Bldv. B<br>Las Vegas, Nevada 89106 |
| DATED this ____ day of January, 2016.<br>**OFFICER DAOS** | |
| _____<br>OFC. DAOS<br>400 Martin L. King Blvd., Bldv. B<br>Las Vegas, Nevada 89106 | |

---

3

STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS

1  DATED this _____ day of January, 2016.          DATED this _____ day of January, 2016.
2  **LT. FLIPPE**                                   **M. MURPHY**
3
4
5  _____              _____
   LT. FLIPPE                                SGT. MURPHY
6  400 Martin L. King Blvd.                  400 Martin L. King Blvd.
   Las Vegas, Nevada 89106                   Las Vegas, Nevada 89106
7
8
9  DATED this _____ day of January, 2016.          DATED this _____ day of January, 2016.
10 **OFFICER SENIOR**                               **DOUG GILLESPIE**
11
12
13                                           Ruth Miller #8010 on behalf of
14 _____              _____
   OFC. SENIOR                               DOUG GILLESPIE
   400 Martin L. King Blvd., Bldv. B         400 Martin L. King Blvd., Bldv. B
15 Las Vegas, Nevada 89106                   Las Vegas, Nevada 89106
16
17
18 DATED this _____ day of January, 2016.
19 **OFFICER DAOS**
20
21
22 _____
   OFC. DAOS
23 400 Martin L. King Blvd., Bldv. B
   Las Vegas, Nevada 89106
24
25
26
27
28

| | |
|---|---|
| DATED this _____ day of January, 2016.<br>**LT. FLIPPE** | DATED this _____ day of January, 2016.<br>**M. MURPHY** |
| _____<br>LT. FLIPPE<br>400 Martin L. King Blvd.<br>Las Vegas, Nevada 89106 | _____<br>SGT. MURPHY<br>400 Martin L. King Blvd.<br>Las Vegas, Nevada 89106 |
| DATED this _____ day of January, 2016.<br>**OFFICER SENIOR** | DATED this _____ day of January, 2016.<br>**DOUG GILLESPIE** |
| _____<br>OFC. SENIOR<br>400 Martin L. King Blvd., Bldv. B<br>Las Vegas, Nevada 89106 | _____<br>DOUG GILLESPIE<br>400 Martin L. King Blvd., Bldv. B<br>Las Vegas, Nevada 89106 |

DATED this __19__ day of January, 2016.

**OFFICER DAOS**

*/s/ Jack Day P#6914*
OFC. DAOS
400 Martin L. King Blvd., Bldv. B
Las Vegas, Nevada 89106

3
STIPULATION AND ORDER TO SUBSTITUTE ATTORNEYS

## ORDER

Based upon the above and foregoing stipulation to substitute Robert A. Rabbat, Esq., of the law firm Enenstein Ribakoff LaViña & Pham as attorneys for Defendants Captain R. Suey #4284; Lt. Flippe #5734; M. Murphy #4449; Officer Senior; Officer Daos; Doug Gillespie; and Steven Lomakis in the place of Thomas Dillard, Jr., Esq., of the law firm Olson, Cannon, Gormley, Angulo & Stoberski,

**IT IS SO ORDERED.**

Dated this ____ day of _____March_____, 2016.

SR. UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that on the 18th day of March, 2016, I served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE ATTORNEYS** on the interested parties named below:

    X    BY U.S. Mail:  The document(s) served via U.S. mail to the address(es) listed below

High Desert State Prison
Prison Number 87899
P.O. Box 650
Indian Springs, Nevada 89070-0208
*Plaintiff In Proper Person*

Michelle Choto