# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>CAPT. R. SUEY, et al.,<br><br>    Defendants. | Case No. 2:12-cv-1710-LDG-PAL<br><br>ORDER |

    By previous order (#65), the court granted defendants Captain R. Suey, Lt. Flippe, Sgt. Murphy, Officer Senior, Officer Daos, Officer Loumakis, and Sheriff Doug Gillespie's motion for summary judgment and motion to dismiss. The court granted plaintiff leave of 45 days in which to file a motion for reconsideration including his opposing points and authorities to defendants' motions and their supplemental brief. If plaintiff failed to timely file the motion for reconsideration, the court stated that it would enter judgment. The plaintiff has not so filed. Accordingly,

    THE COURT ORDERS that JUDGMENT BE ENTERED in favor of defendants Captain R. Suey, Lt. Flippe, Sgt. Murphy, Officer Senior, Officer Daos, Officer Loumakis, and Sheriff Doug Gillespie, and against plaintiff George L. Marshall.

    DATED this _21_ day of October, 2016.

_____
Lloyd D. George
United States District Judge