# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>CAPT. R. SUEY, et al.,<br><br>    Defendants. | Case No. 2:12-cv-1710-LDG-PAL<br><br>ORDER |

On October 28, 2016, the clerk of court issued its notice regarding intention to dismiss pursuant to Rule 4(m) of the Federal Rules of Civil Procedure if plaintiff Marshall did not file with the court by November 11, 2016, proof of service upon certain defendants including Officer Hogan, or a showing of good cause why such service was not made, the court would dismiss the action as to such defendants. Plaintiff has not timely complied. Accordingly,

THE COURT HEREBY ORDERS that the action is DISMISSED as to Officer Hogan.

DATED this __28__ day of December, 2016.

_____
Lloyd D. George
United States District Judge